UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80039-CR-HURLEY

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

v.

**ELIU GARCIA,**
      **Defendant.**
-------------------------------------------/

## ORDER GRANTING MOTION FOR A REDUCTION OF SENTENCE AND AMENDING THE JUDGMENT ORDER

**THIS CAUSE** come before the court upon motion from the plaintiff, United States of America, for a reduction of sentence based on substantial assistance, pursuant to Rule 35, Federal Rules of Criminal Procedures. The court reviewed the records and on June 23, 2008, conducted a hearing. Being fully advised in the premises, it is

**ORDERED** and **ADJUDGED** that:

1. The motion for a reduction of sentence is **granted**.

2. That portion of the sentence, imposed on July 27, 2007, committing the above named defendant to the custody of the United States Bureau of Prisons for a term of 96 months, is hereby **amended** by reducing the term of imprisonment to 72 months.

3. The Judgment Order shall be amended to read as follows:

> **The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 72 months as to Count ONE of the Indictment.**

4. All remaining terms and conditions of the Judgment Order shall remain in effect.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 24 day of June, 2008.

**copy furnished**:
AUSA Nancy Vorpe Quinlan
AFPD Lori E. Barrist
United States Marshal Service
United States Probation Office
United States Bureau of Prisons

Daniel T. K. Hurley
United States District Judge